## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**DECORIE BATES**                                                                      **PLAINTIFF**

**V.**                                                **CIVIL ACTION NO. 1:21-cv-408-HSO-RHWR**

**PEARL RIVER COUNTY JAIL, et al.**                                    **DEFENDANTS**

## ORDER

Pro se Plaintiff Decorie Bates ("Plaintiff") brings this conditions-of-confinement Complaint pursuant to 42 U.S.C. § 1983. Plaintiff is incarcerated at the Pearl River County Jail and he is proceeding *in forma pauperis*. The named Defendants are the Pearl River County Jail, Capt. Unknown Mataya, Sgt. Sherica Davis, Sgt. Shelba Fayette, and Sgt. Liz Barton.

Section 1983 provides, in pertinent part, "[e]very person who, under color of [state law], subjects . . . any citizen . . . thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured." 42 U.S.C. § 1983. Plaintiff is advised that the Pearl River County Jail is not a separate legal entity that may be sued under § 1983. However, a county may be held liable in certain circumstances. Since Plaintiff is proceeding pro se, he will be provided an opportunity to state if he is naming Pearl River County as a Defendant in place of the Pearl River County Jail. Additionally, Plaintiff will be directed to state how each Defendant allegedly violated his constitutional rights. Accordingly,

**IT IS HEREBY ORDERED** that on or before May 19, 2022, Plaintiff shall file a written response to:

> (a) state if Plaintiff is naming Pearl River County as a Defendant in place of the Pearl River County Jail and if so, specifically state how Pearl River County violated Plaintiff's constitutional rights or voluntarily dismiss Defendant Pearl River County Jail;

> (b) specifically state how Capt. Mataya violated Plaintiff's constitutional rights or

voluntarily dismiss Capt. Mataya as a Defendant;

(c) specifically state how Sherica Davis violated Plaintiff's constitutional rights or voluntarily dismiss Davis as a Defendant;

(d) specifically state how Shelba Fayette violated Plaintiff's constitutional rights or voluntarily dismiss Fayette as a Defendant;

(e) specifically state how Liz Barton violated Plaintiff's constitutional rights or voluntarily dismiss Barton as a Defendant; and

(f) if possible, provide the full name of Defendant Capt. Unknown Mataya.

**IT IS FURTHER ORDERED** that the Plaintiff is warned that if he fails to fully comply with this Order in a timely manner or if he fails to keep this Court advised of his current address, this case will be dismissed.

**SO ORDERED AND ADJUDGED,** this the 28th day of April 2022.

s/Robert H. Walker
UNITED STATES MAGISTRATE JUDGE